AO 93 (Rev. 11/13)  Search and Seizure Warrant (Page 2)

## Return

| Case No:<br>SW23-8251MB | Date and Time Warrant Executed:<br>4-21-2023   10:35 AM | Copy of Warrant and Inventory Left With:<br>USPS |
|---|---|---|

Inventory made in the presence of:

Postal Inspectors M. Murrow and J. Keenan

Inventory of the property taken and name of any person(s) seized:

A Priority Mail Express parcel box containing a cut bed sheet and various amounts and flavors of THC infused gummies pre-packaged for retail sale, totaling approximately 4,600 grams.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____4-21-2023_____

*Anne E. Anderson.*

*Executing officer's signature*

Anne E. Anderson

*Printed name and title*